**HELENE S. BERG, Respondent, v. MEYER BERG, Appellant.**— In an action for separation, in which judgment was entered in plaintiff's favor on June 29, 1962, defendant appeals from a judgment and order (one paper) of the Supreme Court, Westchester County, entered June 17, 1965, which, inter alia, (1) granted plaintiff's motion (a) to adjudge defendant guilty of contempt

of court for failing to make payments for support of plaintiff and the infant children of the parties in accordance with the terms of the judgment and (b) for a money judgment in the total amount of the arrears; (2) fined defendant $2,961; (3) awarded plaintiff $250 counsel fees on said motion; and (4) awarded plaintiff a recovery of $3,211, with interest. Judgment and order affirmed, with $10 costs and disbursements. In our opinion, defendant's presentation of facts was insufficient to warrant a hearing on his unsupported claim of change in circumstances. Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.